UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY DUNKLEY
#49586-019
Federal Prison Camp
P.O. Box 699
Estill, SC 29918,

    Plaintiff,

v.

EXECUTIVE OFFICE FOR UNITED
STATES ATTORNEYS/FOIA/PA UNIT
BICN Bldg., Rm. 7300
600 E St., N.W.
Washington, DC 20530,

    Defendant.

CASE NUMBER 1:05CV01544

JUDGE: Richard W. Roberts

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 07/29/2005

**FILED**
JUL 2 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## COMPLAINT FOR DECLATORY AND INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act ("FOIA") 5 U.S.C. § 552, as amended, to order production of agency records held by the Executive Office for United States Attorneys ("EOUSA").

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

3. Plaintiff Gregory Dunkley ("Dunkley") is an inmate at the Estill Federal Prison Camp in Estill, South Carolina. He is the requester of the withheld records.

4. Defendant EOUSA is an agency of the United States, and it has possession of and control over the records that Dunkley seeks.

**RECEIVED**
JUL 1 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

5. By letter mailed sometime in 2000 or 2001 to the Freedom of Information staff of the EOUSA, Dunkley requested all records concerning correspondence between Assistant United States Attorney William Thomas and both attorneys that represented Dunkley in a federal criminal case[1] and all investigative files and records.

6. On or about July 31, 2002, the EOUSA responded (EOUSA No. 01-546) to Dunkley's request and released several pages in full or in part and withheld forty-two (42) pages in full.

7. On or about August 10, 2002, Dunkley filed with the Department of Justice's Office of Information and Privacy ("OIP") an appeal of the EOUSA's decision to withhold in full the 42 pages.

8. On February 21, 2003, the OIP responded (Appeal No. 02-3216) to Dunkley's appeal and released an additional page but affirmed the EOUSA's action on the remaining 41 pages.

9. Dunkley has a statutory right to the records that he seeks, and there is no legal basis for the EOUSA's refusal to disclose them to him.

---

1. In December, 1998, Dunkley was charged in a three-count indictment (Criminal No. 1-98-CR-503) returned by a grand jury sitting in the Northern District of Georgia. Count One charged Dunkley with conspiracy to possess with the intent to distribute Methylenedioxymethamphetamine ("MDMA"), commonly referred to as "Ecstasy," in violation of 21 U.S.C. § 846. Count Two charged Dunkley with possession with the intent to distribute MDMA, in violation of 21 U.S.C. § 841. Count Three charged Dunkley with importation of MDMA, in violation of 21 U.S.C. §§ 952 and 960. Dunkley subsequently pled guilty to all three counts and was sentenced to an 121-month term of imprisonment.

WHEREFORE, Dunkley prays that this Court:

(1) Declare that the EOUSA's refusal to disclose the records requested by Dunkley is unlawful;

(2) Order the EOUSA to make the requested records available to Dunkley;

(3) Award Dunkley his costs and reasonable attorney's fee in this action; and

(4) Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

*Gregory Dunkley*
Gregory Dunkley
Pro Se
#49586-019
Federal Prison Camp
P.O. Box 699
Estill, SC 29918

Done on this 13th day of July, 2005.

3.