# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY DUNKLEY | ) |
| #49586-019 | ) |
| F.P.C.-ESTILL | ) |
| POB 699 | ) |
| Estill, S.C.  29918 | ) |
|       Plaintiff, | ) |
|     v. | ) |
| | ) **Civil Action No. 05-1544 (RWR)** |
| EXECUTIVE OFFICE FOR UNITED | ) |
| STATES ATTORNEYS/FOIA/PA UNIT | ) |
| BICN Bldg., Rm. 7300 | ) |
| 600 E Street, N.W. | ) |
| Washington, D.C.  20530 | ) |
| | ) |
|       Defendant. | ) |

## NOTICE OF APPEARANCE

    The Clerk of the Court will please enter the appearance of Oliver W. McDaniel, Assistant

U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                Respectfully submitted,

                KENNETH L. WAINSTEIN
                UNITED STATES ATTORNEY
                D.C. BAR NUMBER 451-058

By:   _____
                OLIVER W. MCDANIEL, D.C. Bar No. 377-360
                Assistant United States Attorney
                Civil Division
                555 4th Street, N.W.
                Washington, D.C.  20530
                (202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2005, I caused the foregoing Notice of

Appearance to be served on Plaintiff *Pro Se* by mail, postage prepaid, addressed as follows:

**Gregory Dunkley**
**#49586-019**
**Federal Prison Camp**
**P.O. Box 699**
**Estill, S.C.  29918**

_____
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739