UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY DUNKLEY )<br>)<br>       Plaintiff,           )<br>    v.                              )<br>                                       ) Civil Action No. 05-1544 (RWR)<br>EXECUTIVE OFFICE FOR UNITED )<br>STATES ATTORNEYS/FOIA/PA UNIT )<br>                                       )<br>       Defendant.           )<br>_____ ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO FILE A RESPONSE TO THE COMPLAINT,
AND MEMORANDUM IN SUPPORT THEREOF**

Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a response to the Complaint from today, Tuesday, September, 6, 2005, up to and including Thursday, September 22, 2005. This response may be in the form of a dispositive motion. Inasmuch as Plaintiff, *Pro se*, Gregory Dunkley, is a federal prisoner, Counsel for the Defendant did not attempt to contact him concerning his position on this motion.[1]

This extension of time is sought because Counsel for the Defendant has not had a sufficient amount time to obtain information from the Executive Office of United States Attorneys (EOUSA) needed for Counsel for the Defendant to file an answer or other response to the Complaint in this

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." The Rule does not require counsel to discuss those motions with *pro se* litigants. Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with non-prisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any non-prisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

matter by today's due date. Although Counsel for the Defendant anticipates filing a dispositive motion, Counsel believed that he could have obtained sufficient information minimally to have filed an Answer to the Complaint. However, because of the leave schedules of employees with critical information, Counsel has been unable to acquire even this amount of information.

Moreover, Counsel for the Defendant has a number of filings and other litigation obligations that necessitate an extension of the due date until September 22, 2005. Counsel has two briefs due in the D.C. Circuit, in the cases of Richardson v. Powell, Appeal No. 04-5372 and Negley v, FBI, 04-5348 on September 16, 2005 and an answer or other response to a complaint in the case of Getz v. Merrill, C.A. No. 05-1195 (HHK). These and other responsibilities necessitate an extension of time until September 22, 2005 for Counsel to file a response to the Complaint.

WHEREFORE, Defendant submits that its Motion for An Extension of Time Within Which to File a Response to the Complaint should be granted.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


_____
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September, 2005, I caused the foregoing Defendant's Motion for an Extension of Time to File a Response to the Complaint to be served on Plaintiff *Pro se*, by mail, postage prepaid, addressed as follows:

**Gregory Dunkley**
**#49586-019**
**Federal Prison Camp**
**P.O. Box 699**
**Estill, S.C. 29918**

_____
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739