UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY DUNKLEY** )<br>)<br>**Plaintiff,** )<br>**v.** )<br>) **Civil Action No. 05-1544 (RWR)**<br>**EXECUTIVE OFFICE FOR UNITED** )<br>**STATES ATTORNEYS/FOIA/PA UNIT** )<br>)<br>**Defendant.** )<br>_____) | |

**ORDER**

Upon consideration of Defendant's Motion for An Extension of Time Within Which to File a Response to the Complaint, any response thereto and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Extension of Time Within Which to Respond to the Complaint, be GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including September 22, 2005, to answer or otherwise respond to the Complaint in this matter.

Dated this _____ day of _____, 2005.

_____
United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Gregory Dunkley
#49586-019
Federal Prison Camp
P.O. Box 699
Estill, S.C. 29918