UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY DUNKLEY       Plaintiff,       v. EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS/FOIA/PA UNIT       Defendant. | Civil Action No. 05-1544 (RWR) |

## ANSWER

The Defendant, the Executive Office of United States Attorneys, through counsel, the United States Attorney for the District of Columbia, answers the Complaint as follows:

### FIRST DEFENSE

The Defendant, the Executive Office of United States Attorneys ("EOUSA"), answers each of the numbered paragraphs of the Complaint as follows:

1. This is an introductory paragraph that requires no response. To the extent a response is required, Defendants contest that Plaintiff has advanced a legitimate cause of action entitling Plaintiff to any relief.

2. This paragraph consists of a legal conclusion concerning jurisdiction, to which no response is required. To the extent that a response is required, Defendant contests jurisdiction to the extent that Plaintiff has failed to exhaust available administrative remedies.

3. Defendant admits that Plaintiff is an inmate in the federal prison system, but does not have sufficient up-to-date information as to Plaintiff's location. Defendant does not admit that Plaintiff made a request for records and, even if records were requested, Defendant contests that the records exist and, thus, that they were withheld.

4. Defendant denies that EOUSA is an agency of the United States, but rather an Office of the U.S. Department of Justice. Defendant further denies that it is in possession of records that Plaintiff seeks.

5. Defendant does not admit that Plaintiff made a letter request for records. Concerning the allegations contained in footnote 1, Defendant has insufficient information to confirm or deny the details of Plaintiff's criminal case that led to his imprisonment.

6. Defendant has insufficient information to admit or deny the allegations of this paragraph concerning a response to Plaintiff's letter request for records.

7. Defendant has insufficient information to admit or deny Plaintiff's allegations concerning any appeal to the Department of Justice Office of Information and Privacy ("OIP").

8. Defendant has insufficient information to admit or deny Plaintiff's allegations concerning any response by OIP.

9. This paragraph contains legal conclusions concerning Plaintiff's right to relief, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations of this paragraph.

8. The remainder of the Complaint consists of Plaintiff's claim for relief, which requires no response in this Answer.

## SECOND DEFENSE

9. Defendant submits that Plaintiff has failed to exhaust his FOIA request administratively.

WHEREFORE, EOUSA demands as follows:

1. Judgment in its favor and against Plaintiff;

2. For all costs incurred herein; and

3. For any and all relief to which they may appear to be entitled.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September, 2005, I caused a copy of the foregoing Answer to be served on Plaintiff's <u>Pro se</u>, by first-class mail, postage prepaid, addressed as follows:

**Gregory Dunkley**
**#49586-019**
**Federal Prison Camp**
**P.O. Box 699**
**Estill, S.C.  29918**

_____
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739