UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY DUNKLEY,<br><br>                Plaintiff,<br><br>   v.<br><br>EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,<br><br>                Defendant. | Civil Action 05-1544 (RWR) |

**ORDER**

It is hereby

ORDERED that, within 45 days of entry of this Order, defendant shall file either a dispositive motion or a proposed schedule to govern future proceedings in this civil action.

SO ORDERED.

                                                 /s/
                                      RICHARD W. ROBERTS
                                      United States District Judge

DATE: October 4, 2005