Gregory Dunkley
#49586-019
Federal Correctional Institution
P.O. Box 699
Estill, SC 29918

7 August 2002

Office of Information and Privacy
United States Department of Justice
Flag Building
Suite 570
Washington, DC 20530

RE: FOI/PA Appeal;
    Request Number: 01-546   (Executive Office for United States Attorneys)

Dear Sir or Madam:

This is an appeal pursuant to the Freedom of Information/Privacy Act, 5 U.S.C. §§552, 552a et seq.

Specifically, I am appealing the <u>withholding in full of 42 pages</u>. To the exent that the 42 pages were reviewed for segregability and were found to contain no information which could be segregated, I appeal this determination as well.

Your assistance in this matter is greatly appreciated.

Sincerely yours,

*Gregory Dunkley*
Gregory Dunkley

**Exhibit 2**



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*


FEB 21 2003

Mr. Gregory Dunkley
Register No. 49586-019
Federal Correctional Institution    Re: Appeal No. 02-3216
P.O. Box 699                             EOUSA No. 01-546
Estill, SC  29918                        RLH:NSQ

Dear Mr. Dunkley:

    You appealed from the action of the Executive Office for United States Attorneys in response to your request for access to records concerning correspondence between AUSA William Thomas and both your attorneys and the United States Government, reports of debriefing sessions with you, and all investigative files and records. I note that your appeal is limited to the forty-two pages that were withheld in full.

    After carefully considering your appeal, and as a result of discussions between EOUSA personnel and a member of my staff, I have decided to release an additional page to you, a copy of which is enclosed. I am, however, otherwise affirming the EOUSA's action on your request.

    The records responsive to your request are exempt from the access provision of the Privacy Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2). See 28 C.F.R. § 16.81 (2002). Because these records are not available to you under the Privacy Act, your request has been reviewed under the Freedom of Information Act in order to afford you the greatest possible access to the records you requested.

    The EOUSA properly withheld from you certain information that is protected from disclosure under the FOIA pursuant to:

    5 U.S.C. § 552(b)(5), which concerns certain inter- and intra-agency communications protected by the deliberative process and attorney work-product privileges;

    5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to

-2-

constitute an unwarranted invasion of the personal privacy of third parties (including third parties of investigative interest); and

5 U.S.C. § 552(b)(7)(D), which concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to disclose the identities of confidential sources and information furnished by such sources.

I have also determined that this information is not appropriate for discretionary release.

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director

Enclosure