UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY DUNKLEY )<br>)<br>    Plaintiff, )<br>  v. )<br>) Civil Action No. 05-1544 (RWR)<br>EXECUTIVE OFFICE FOR UNITED )<br>STATES ATTORNEYS/FOIA/PA UNIT )<br>)<br>    Defendant. )<br>_____) | |

**PROPOSED BRIEFING SCHEDULE**

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully submits the following proposed schedule for briefing a and filing dispositive motions in connection with the resolution of this litigation under the Freedom of Information Act (FOIA).

February 16, 2006   -   Filing of Vaughn Index

March 2, 2006   -   Filing of Motion/Cross-Motion for Summary Judgment

March 16, 2006   -   Filing of Oppositions to Motion/Cross-Motion

March 30, 2006   -   Filing of Replies to Oppositions, if necessary.

Inasmuch as Plaintiff, *Pro se*, Gregory Dunkley, is a federal prisoner, Counsel for the Defendant did not attempt to contact him concerning his position on this motion.[1]

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." The Rule does not require counsel to discuss those motions with *pro se* litigants. Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with non-prisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any non-prisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

WHEREFORE, Defendant respectfully submits that the proposed briefing schedule should be adopted in this case.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739