## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GREGORY DUNKLEY,

                        Plaintiff,

        v.                                              Civil Action 05-1544 (RWR)

EXECUTIVE OFFICE FOR UNITED
STATES ATTORNEYS,

                        Defendant.

### SCHEDULING ORDER

It is hereby

ORDERED that defendant's motion for leave to file a proposed scheduling order [#13] is GRANTED.  It is further

ORDERED that defendant shall file its Vaughn Index by **February 16, 2006**, and its dispositive motion by **March 2, 2006**.  Plaintiff shall file his opposition or other response to defendant's motion by **April 3, 2006**.  Defendant shall file its reply by **April 17, 2006**.

SO ORDERED.

                              _____
                                      /s/
                              RICHARD W. ROBERTS
                              United States District Judge

DATE:  February 7, 2006