UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY DUNKLEY** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Civil Action No. 05-1544 (RWR) |
| **EXECUTIVE OFFICE FOR UNITED** | ) |
| **STATES ATTORNEYS/FOIA/PA UNIT** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

<u>ORDER</u>

UPON CONSIDERATION of Defendant's Motion for Leave to File Its Motion for Summary Judgment, Time for Filing Having Expired, and Memorandum in Support Thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of March, 2006, hereby

ORDERED that the said motion be, and it hereby is, GRANTED, and it is

FURTHER ORDERED that Defendant's Motion for Motion for Summary shall be deemed filed on March 9, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Gregory Dunkley
#49586-019
Federal Prison Camp
P.O. Box 699
Estill, S.C. 29918