UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY DUNKLEY** )<br>)<br>**Plaintiff,** )<br>**v.** )<br>)<br>**EXECUTIVE OFFICE FOR UNITED** )<br>**STATES ATTORNEYS/FOIA/PA UNIT** )<br>)<br>**Defendant.** )<br>) | ) **Civil Action No. 05-1544 (RWR)** |

### ORDER

Upon consideration of Defendant's motion for summary judgment, of all the papers filed in support of and in opposition to that motion, if any, and of the entire record, and it appearing to the Court that the granting of Defendant's motion would be just and proper, it is by the Court this ___ day of _____, _____,

ORDERED that Defendant's motion for summary judgment be, and it hereby is, granted; and it is further

ORDERED that this case be, and it is, dismissed with prejudice.

_____
UNITED STATES DISTRICT COURT

cc:

Oliver W. McDaniel
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Gregory Dunkley
#49586-019
Federal Prison Camp
P.O. Box 699
Estill, S.C.  29918

2