UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY DUNKLEY,<br><br>    Plaintiff,<br><br> v.<br><br>EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,<br><br>    Defendant. | Civil Action 05-1544 (RWR) |

## REVISED SCHEDULING ORDER

It is hereby

ORDERED that Defendant's Motion for Leave to File Its Motion for Summary Judgment, Time for Filing Having Expired [#16] is GRANTED. Defendant's Motion for Summary Judgment shall be deemed filed on March 9, 2006. It is further

ORDERED that plaintiff shall file his opposition or other response to defendant's motion by **April 14, 2006**. Defendant shall file its reply by **April 28, 2006**.

SO ORDERED.

                /s/
               RICHARD W. ROBERTS
               United States District Judge

DATE: March 14, 2006