IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

MAR 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GREGORY DUNKLEY,

    Plaintiff,

v.                                    Civil Action No.: 05-1544 RWR

EXECUTIVE OFFICE FOR UNITED STATES
ATTORNEYS/FOIA/PA UNIT,

    Defendant.

## PLAINTIFF'S MOTION FOR SCHEDULING ORDER

Comes now Plaintiff, Gregory Dunkley ("Dunkley"), pro se, and files this motion for scheduling order. In support thereof Dunkley states the following:

1. On February 7, 2006, the Court issued a scheduling order, which ordered Defendant, Executive Office for United States Attorneys/FOIA/PA Unit ("EOUSA"), to file its Vaughn Index by February 16, 2006 and file its dispositive motion by March 2, 2006. The Court also ordered Dunkley to file his opposition or other response to EOUSA's motion by April 3, 2006 and EOUSA to file its reply by April 17, 2006.

2. EOUSA filed its Vaughn Index on February 15, 2006.

3. However, as of the date of this motion, March 13, 2006, EOUSA has not filed its dispositive motion.

Based on the foregoing, Dunkley respectfully requests that the Court issue a scheduling order that orders EOUSA to file its dispositive motion by **April 3, 2006**; Dunkley file his opposition to EOUSA's motion by **May 8, 2006**; and EOUSA file its reply by **May 22, 2006**.

Respectfully submitted,

*Gregory Dunkley*
Gregory Dunkley
Pro Se
#49586-019
Federal Prison Camp
P.O. Box 699
Estill, SC 29918

Done on this 13th day of March, 2006.

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2006, I caused a true and complete copy of the foregoing Plaintiff's Motion for Scheduling Order to be served on Defendant, by first-class mail, postage prepaid, addressed as follows:

Oliver W. McDaniel, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

*Gregory Dunkley* (signature)
Gregory Dunkley
Pro Se
#49586-019
Federal Prison Camp
P.O. Box 699
Estill, SC 29918