UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY DUNKLEY,<br><br>   Plaintiff,<br><br> v.<br><br>EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,<br><br>   Defendant. | Civil Action No. 05-1544 (RWR) |

## ORDER

It is hereby

ORDERED that plaintiff's motion for a scheduling order [#20] is DENIED as moot. Defendant moved for a one-week extension of time to March 9, 2006 for filing its motion for summary judgment. The motion was granted and the briefing schedule was adjusted accordingly in the March 15, 2006 Revised Scheduling Order. That order directed plaintiff to file his opposition or other response to defendant's motion for summary judgement by April 14, 2006. Defendant's reply, if any, must be filed by April 28, 2006.

 SO ORDERED.

                /s/
                RICHARD W. ROBERTS
                United States District Judge

DATE: March 22, 2006