UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY DUNKLEY )<br>)<br>          **Plaintiff,** )<br>  v. )<br>)<br>**EXECUTIVE OFFICE FOR UNITED** )<br>**STATES ATTORNEYS/FOIA/PA UNIT** )<br>)<br>          **Defendant.** )<br>_____) | ) Civil Action No. 05-1544 (RWR) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE ITS**
**SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT,**
**TIME FOR FILING HAVING EXPIRED, AND**
**MEMORANDUM IN SUPPORT THEREOF**

The Defendant, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves, pursuant to Federal Rule Civil Procedure 6 (b)(2), for leave to file its Supplemental Motion for Summary Judgment from the original due date of March 2, 2007 (per Court Order, January 31, 2007), to April 13, 2007, time for filing having expired. Inasmuch as Plaintiff, *Pro se*, Gregory Dunkley, is a federal prisoner, Counsel for the Defendant has not attempted to contact him concerning his position on this motion.[1] As grounds for this motion, Defendant submits the following.

Defendant requests this leave to file because the Executive Office for United States Atttorneys must address litigation demands stemming from a number of FOIA requests fielded from

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." The Rule does not require counsel to discuss those motions with *pro se* litigants. Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with non-prisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any non-prisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

individuals through U.S. Attorneys Offices around the country. The demands of addressing these litigation obligations hampered Agency Counsel's efforts to draft and produce the necessary supplemental declaration and <u>Vaughn</u> Index in this matter. Although Defendant appreciates the opportunity to correct its submissions, Defendant regrets this delay, and requests the Court's forbearance to grant Defendant leave to file the motion.

    WHEREFORE, Defendant respectfully submits that this motion for leave to file its supplemental motion for summary judgment, time for filing having expired, should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610


By:               /s/              
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

April 13, 2007

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April, 2007, I caused the foregoing Defendant's Motion for Leave to File Its Motion for Summary Judgment, Time for Filing Having Expired, and Memorandum in Support Thereof, accompanying proposed Order, and attached Supplemental Motion for Summary Judgment and Memorandum of Points and Authorities in Support Thererof, to be served on Plaintiff *Pro se* by the Electronic Court Filing System, to the extent he has access, and by mail, postage prepaid, addressed as follows:

**Gregory Dunkley**
**#49586-019**
**Federal Prison Camp**
**P.O. Box 699**
**Estill, S.C.  29918**

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　OLIVER W. MCDANIEL, D.C. BAR # 377360
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　(202) 616-0739