**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GREGORY DUNKLEY | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) **Civil Action No. 05-1544 (RWR)** |
| EXECUTIVE OFFICE FOR UNITED | ) |
| STATES ATTORNEYS/FOIA/PA UNIT | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Leave to File Its Supplemental

Motion for Summary Judgment, Time for Filing Having Expired, and Memorandum in Support

Thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this

_____ day of _____, 2007, hereby

ORDERED that the said motion be, and it hereby is, GRANTED, and it is

FURTHER ORDERED that Defendant's Supplemental Motion for Motion for Summary

shall be deemed filed on April 13, 2007.


_____
UNITED STATES DISTRICT JUDGE


Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Gregory Dunkley
#49586-019
Federal Prison Camp
P.O. Box 699
Estill, S.C. 29918