**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GREGORY DUNKLEY** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) **Civil Action No. 05-1544 (RWR)** |
| **EXECUTIVE OFFICE FOR UNITED** | ) |
| **STATES ATTORNEYS/FOIA/PA UNIT** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**<u>ORDER</u>**

Upon consideration of Defendant's supplemental motion for summary judgment, and of the

entire record, and it appearing to the Court that the granting of Defendant's motion would be just and

proper, it is by the Court this _____ day of _____, 2007 ,

ORDERED that Defendant's supplemental motion for summary judgment be and hereby is,

GRANTED; and it is further

ORDERED that this case be, and it is, dismissed with prejudice.


_____
UNITED STATES DISTRICT COURT

cc:

Oliver W. McDaniel
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Gregory Dunkley
#49586-019
Federal Prison Camp
P.O. Box 699
Estill, S.C.  29918