UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY DUNKLEY | ) |
| | ) |
|        Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 05-1544 (RWR) |
| EXECUTIVE OFFICE FOR UNITED | ) |
| STATES ATTORNEYS/FOIA/PA UNIT | ) |
| | ) |
|        Defendant. | ) |
| | ) |

**NOTICE OF FILING**
**CORRECTED CERTIFICATE OF SERVICE**

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully advises the Court and Counsel of the filing of the attached corrected Certificate of Service, reflecting the mailing of Defendant's Motion for Leave to File Supplemental Motion for Summary Judgment, with attached motion and attachments, on Tuesday, April 17, 2007, rather than Friday, April 13, 2007. The later mailing was due to inadvertence.

                                Respectfully submitted,

                                JEFFREY A. TAYLOR
                                UNITED STATES ATTORNEY
                                D.C. BAR NUMBER 498-610

By: _____/s/_____
        OLIVER W. MCDANIEL, D.C. Bar No. 377-360
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 616-0739

April 17, 2007