**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of April, 2007, I caused the foregoing Defendant's Motion for Leave to File Its Motion for Summary Judgment, Time for Filing Having Expired, and Memorandum in Support Thereof, accompanying proposed Order, attached Supplemental Motion for Summary Judgment and Memorandum of Points and Authorities in Support Thererof, with accompanying Supplemental Declaration and Supplemental Vaughn Index and Proposed Order, to be served on Plaintiff *Pro se* by mail, postage prepaid, addressed as follows:

**Gregory Dunkley**
**#49586-019**
**Federal Prison Camp**
**P.O. Box 699**
**Estill, S.C.  29918**

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739