UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY DUNKLEY | ) |
| | ) |
|         Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 05-1544 (RWR) |
| EXECUTIVE OFFICE FOR UNITED | ) |
| STATES ATTORNEYS/FOIA/PA UNIT | ) |
| | ) |
|         Defendant. | ) |
| | ) |

**NOTICE OF FILING
ATTACHMENTS TO DEFENDANT'S
SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully advises the Court and Counsel of the filing of the attached Supplemental Declaration and Supplemental Vaughn Index in support of its Supplemental Motion for Summary Judgment.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. BAR NUMBER 498-610

By: _____/s/_____
        OLIVER W. MCDANIEL, D.C. Bar No. 377-360
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 616-0739

April 17, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of April, 2007, I caused the foregoing Notice of Filing Corrected Certificate of Service and Notice of Filing Attachments to Defendant's Supplemental Motion for Summary Judgment, to be served on Plaintiff *Pro se* by mail, postage prepaid, addressed as follows:

**Gregory Dunkley**
**#49586-019**
**Federal Prison Camp**
**P.O. Box 699**
**Estill, S.C.  29918**

                                              /s/
                                OLIVER W. MCDANIEL, D.C. BAR # 377360
                                Assistant United States Attorney
                                Civil Division
                                555 Fourth Street, N.W.
                                Washington, D.C.  20530
                                (202) 616-0739