| Doc. # | Pages | Description | Exempt/ Status | Justification |
|---|---|---|---|---|
| | | | | **SUMMARY OF ABBREVIATIONS**<br>"RIF"- Released in full<br>"RIP"- Released in part<br>"WIF"-Withheld in full<br>"NS"  - Deemed not segregable after review for segregability. |
| 1 | 27 | This document is a compilation of handwritten notes taken down by an attorney during the course of case preparation.<br><br>It contains charts, diagrams, lists of names of various individuals, and notes about trial strategy relating to the case. | (b)(5), (b)(7)(C), j(2)<br>**WIF** | Exemption (b)(5) is asserted to protect attorney work product within the withheld document.  The information contains the U.S. Attorney's opinion, theory of the case, facts, assessments of facts, impression of the witnesses, the strength of various evidence and problem areas in the case, and issues upon which the attorney could present the case.  It was prepared in anticipation of litigation and contains the thoughts and impressions of an attorney.<br><br>Exemption (b)(5) is also asserted to protect the deliberative process of the U.S. Department of Justice.  The matters which are withheld are pre-decisional communications among government personnel which, if disclosed, would jeopardize the candid considerations which are necessary for good decision making in the Government.<br><br>Additionally, Exemption (b)(7)(C) is asserted herein to protect the names and other identifying information of third parties and witnesses, on the grounds that disclosure could reasonably be expected to constitute an unwarranted invasion of personal privacy<br><br>There are no public interests to weigh.<br><br>No page was determined segregable after review for segregability.  Disclosure of any portion of the document would disclose attorney work product and the deliberative process concerning Plaintiff's prosecution.  Thus the document is not segregable. |

| Doc. # | Pages | Description | Exempt/ Status | Justification |
|---|---|---|---|---|
| 2 | 23 | Document titled "An Application And Affidavit For Search Warrant"<br><br>The document contains numerous details of the investigation of Plaintiff. It provides a description of the course of action taken in the investigation as well as the bases for the beliefs stemming from searches, interviews, and other methods of gathering information. | (b)(5), (b)(7)(C), j(2)<br>**WIF** | Exemption (b)(5) is asserted to protect attorney work product within the withheld document. The information contains the U.S. Attorney's opinion, theory of the case, facts, assessments of facts, impression of the witnesses, the strength of various evidence and problem areas in the case, and issues upon which the attorney could present the case. It was prepared in anticipation of litigation and contains the thoughts and impressions of an attorney.<br><br>Exemption (b)(5) is also asserted to protect the deliberative process of the U.S. Department of Justice. The matters which are withheld are pre-decisional communications among government personnel which, if disclosed, would jeopardize the candid considerations which are necessary for good decision making in the Government.<br><br>Additionally, Exemption (b)(7)(C) is asserted herein to protect the names and other identifying information of third parties and witnesses, on the grounds that disclosure could reasonably be expected to constitute an unwarranted invasion of personal privacy<br><br>There are no public interests to weigh.<br><br>No page was determined segregable after review for segregability. Disclosure of any portion of the document would disclose attorney work product and the deliberative process concerning Plaintiff's prosecution. Thus the document is not segregable. |
| 3 | 4 | Document titled "Detailed Statement of Charges"<br><br>It contains a heading of "BellSouth", a phone company. It | (b)(7)(C), j(2)<br>**WIF** | Exemption (b)(7)(C) is asserted to protect the names and other identifying information of third parties, witnesses, and law enforcement personnel who provided information to the investigation team on the grounds that disclosure could reasonably be expected to constitute an unwarranted invasion of personal privacy. |

| Doc. # | Pages | Description | Exempt/ Status | Justification |
|---|---|---|---|---|
|  |  | is made up of separate pages of a phone bill of a third party individual. |  | There are no public interests to weigh.  No page was determined segregable after review for segregability. |
| 4 | 4 | Attorney communication, labelled "Draft"  Document is memorandum from an AUSA to another attorney discussing the case history, evaluating evidence in the case, giving legal opinions and recommendations. The document also contains names of third parties giving information to law enforcement and other third parties mentioned. | (b)(5), (b)(7)(C), j(2)  **WIF** | Exemption (b)(5) is asserted to protect attorney work product within the withheld document. The information contains the U.S. Attorney's opinion, theory of the case, facts, assessments of facts, impression of the witnesses, the strength of various evidence and problem areas in the case, and issues upon which the attorney could present the case. It was prepared in anticipation of litigation and contains the thoughts and impressions of an attorney.  Exemption (b)(5) is also asserted to protect the deliberative process of the U.S. Department of Justice. The matters which are withheld are pre-decisional communications among government personnel which, if disclosed, would jeopardize the candid considerations which are necessary for good decision making in the Government.  Additionally, Exemption (b)(7)(C) is asserted herein to protect the names and other identifying information of third parties and witnesses, on the grounds that disclosure could reasonably be expected to constitute an unwarranted invasion of personal privacy  There are no public interests to weigh.  No page was determined segregable after review for segregability. Disclosure of any portion of the document would disclose attorney work product and the deliberative process concerning Plaintiff's prosecution. Thus the document is not segregable. |
| 5 | 2 | Facsimile page and cover sheet | (b)(7)(C), | Exemption (b)(7)(C) is asserted to protect the names and other identifying |

3

| Doc. # | Pages | Description | Exempt/ Status | Justification |
|---|---|---|---|---|
| | | used by the AUSA for internal communication.<br><br>It contains various names of third parties as well as the information they provided, among them addresses and other figures. | j(2)<br>**WIF** | information of third parties, witnesses, and law enforcement personnel who provided information to the investigation team on the grounds that disclosure could reasonably be expected to constitute an unwarranted invasion of personal privacy.<br><br>There are no public interests to weigh.<br><br>No page was determined segregable after review for segregability. |
| 6 | 2 | This is a record of an electricity bill statement from the "Florida Power and Light Company". It is addressed to a third party individual, not the Plaintiff. | (b)(7)(C),<br>j(2)<br>**WIF** | Exemption (b)(7)(C) is asserted to protect the names and other identifying information of third parties, witnesses, and law enforcement personnel who provided information to the investigation team on the grounds that disclosure could reasonably be expected to constitute an unwarranted invasion of personal privacy.<br><br>There are no public interests to weigh.<br><br>No page was determined segregable after review for segregability. |
| 7 | 3 | These pages are photocopies of a passenger airline tickets in the name of a third party individual. Two pages have three ticket copies on them, and one page has a copy of one ticket only. | (b)(7)(C),<br>j(2)<br>**WIF** | Exemption (b)(7)(C) is asserted to protect the names and other identifying information of third parties, witnesses, and law enforcement personnel who provided information to the investigation team on the grounds that disclosure could reasonably be expected to constitute an unwarranted invasion of personal privacy.<br><br>There are no public interests to weigh.<br><br>No page was determined segregable after review for segregability |

| Doc. # | Pages | Description | Exempt/ Status | Justification |
|---|---|---|---|---|
| 8 | 7 | Various photocopies of financial information of a third party individual. Included are copies of personal checks, credit cards, receipt slips for items which could lead to identification of the individual, W-2 wage and tax statement, and bank memorandums addressing an individual. | (b)(7)(C), j(2) **WIF** | Exemption (b)(7)(C) is asserted to protect the names and other identifying information of third parties, witnesses, and law enforcement personnel who provided information to the investigation team on the grounds that disclosure could reasonably be expected to constitute an unwarranted invasion of personal privacy.<br><br>There are no public interests to weigh.<br><br>No page was determined segregable after review for segregability. |