UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY DUNKLEY,<br><br>     Plaintiff,<br><br> v.<br><br>EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,<br><br>     Defendant. | Civil Action No. 05-1544 (RWR) |

## ORDER

On May 18, 2007, the Court granted defendant leave to file its supplemental motion for summary judgment. On that same date, the Court issued an Order directing plaintiff to file his opposition or other response to the motion by June 18, 2007. That Order also advised plaintiff that, if he failed to file a timely response, the Court may treat defendant's motion as conceded. To date, plaintiff has not filed an opposition or other response to the supplemental motion. The Court's records reflect neither the return of mail to the Court as undeliverable, nor the Clerk's receipt of a notice of a change of plaintiff's address. Accordingly, it is hereby

ORDERED that defendant's supplemental motion for summary judgment [Dkt. #25] is GRANTED as conceded. It is further

ORDERED that JUDGMENT shall be entered for defendant. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

Signed this 29th day of June, 2007.

                /s/
                RICHARD W. ROBERTS
                United States District Judge